AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| SE Property Holdings, LLC )<br>*Plaintiff* )<br>v. )<br>Unified Recovery Group, LLC et al )<br>*Defendant* ) | Civil Action No. 3:12-cv-231-JJB-SCR |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   09/27/2013   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.


Date:   03/19/2014

*CLERK OF COURT*

*Tina Russell*
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIFIED RECOVERY GROUP, LLC, ) <br> IED, LLC, INTERNATIONAL ) <br> EQUIPMENT DISTRIBUTORS, INC., ) <br> GREEN AND SONS II, LLC, ) <br> CATAHOULA TRADING COMPANY, ) <br> LLC, MEMORY C. GREEN, CECILE G. ) <br> GREEN, JEFF S. GREEN, AND J.S. ) <br> LAWRENCE GREEN ) <br> ) <br> Defendants | CIVIL ACTION NO. 3:12-CV-00231 <br><br><br> JUDGE JAMES J. BRADY <br><br><br> MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

### FINAL JUDGMENT IN CIVIL ACTION NO. 12-231-JJB

On April 3, 2013 this Court granted summary judgment in favor of plaintiff, SE Property Holdings, LLC ("SEPH") and against all of the defendants for written reasons assigned. Therefore, a final judgment in favor of SEPH and against all defendants is hereby rendered as follows:

1. A money judgment is hereby rendered in favor of SEPH and against Unified Recovery Group, LLC ("URG"), IED, LLC ("IED"), International Equipment Distributors, Inc. ("International Equipment"), Green and Sons II, LLC ("G&S II"), Catahoula Trading Company, LLC ("CTC"), Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green, each being liable on a joint and several solidarily basis to SEPH, in the principal amount of $23,626,922.31 with interest accrued through November 5, 2012 of $2,784,717.10 and with interest

**EXHIBIT A**

accruing on a daily basis at the rate of 8% per annum on $16,666.85 of said judgment amount and at the per annum rate of 18% per annum on the balance of such judgment amount until paid, together with court costs and reasonable attorneys' fees.

2. Judgment is hereby further rendered recognizing and maintaining the following as security for the judgment hereby rendered:

   A. A Security Agreement by URG dated August 29, 2008 evidenced, without limitation, by Louisiana UCC financing statement filings UCC Number 17-1330557, UCC Number 17-1366258, and UCC Number 17-1372063.

   B. A Security Agreement by IED dated August 29, 2008 evidenced, without limitation, by Louisiana UCC financing statement filings UCC Number 17-1330558 and UCC Number 17-1366254.

   C. A Multipurpose Note and Security Agreement by International Equipment dated July 11, 2010 evidenced, without limitation, by UCC financing statement filings with the Secretary of State of Alabama as UCC Number 05-0137837 and UCC Number 11-0302252, it being recognized that, without limitation, such Security Agreement and financing statements effect and perfect a security interest in the accounts receivable owed by Livingston Parish to International Equipment, including as reflected in the proceeding styled "International Equipment Distributors, Inc. vs. The Livingston Parish Government, by and through the Parish Council, Suit No. 132,204, Div. A, 21st Judicial Court, Livingston Parish, State of Louisiana".

D. Multiple indebtedness mortgage in favor of SEPH by CTC dated October 18, 2011 and recorded with the Clerk of Court of Terrebonne Parish, Louisiana on October 24, 2011 as File Number 1384717 in Book 2408 at Page 239.

E. Multiple indebtedness mortgage in favor of SEPH by J. S. Lawrence Green and Memory C. Green, dated October 18, 2011 and recorded with the Clerk of Court and Recorder of Mortgages of East Baton Rouge Parish, Louisiana on October 19, 2011 at Original 725, Bundle 12362.

F. Multiple indebtedness mortgage in favor of SEPH by Jeff S. Green and Cecile G. Green, dated October 18, 2011 and recorded with Clerk of Court of Washington Parish, Louisiana on October 25, 2011 as File Number 2011-004949 at Book 933, Page 33.

G. A pledge and security agreement in favor of SEPH by IED and dated August 29, 2008.

H. An Assignment of Life Insurance Policy as Collateral dated October 18, 2011 in favor of SEPH by J. S. Lawrence Green concerning Policy No. MMM0288849 of American General.

I. An Assignment of Life Insurance Policy as Collateral dated October 18, 2011 in favor of SEPH by Jeff S. Green concerning Policy No. 06043095 of TIAA-CREF.

3

PD.8527622.4

J.   Such other security for the judgment hereby rendered as exists.

3.   SEPH and all defendants have entered into a forbearance agreement whereby SEPH has agreed to forbear foreclosing upon the loans at issue and exercising its rights pursuant to the security interests granted to it for a certain length of time. Therefore, during the time that the forbearance agreement is in effect, the defendants are enjoined from transferring, selling, assigning, encumbering or alienating any assets of URG, IED, International Equipment or any other assets subject to seizure pursuant to this judgment and any security interest in SEPH's favor.

SIGNED in Baton Rouge, Louisiana, on 27/th of September, 2013.

_____
Honorable James J. Brady, District Judge