IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC,<br>    Plaintiff, | ) ) ) | |
| v. | ) ) | MISC. ACTION 14-8-KD-M |
| UNIFIED RECOVERY GROUP, LLC, et. al.,<br>    Defendants, | ) ) ) ) | |
| v. | ) ) ) | |
| LANGFORD TREE SERVICE, LLC,<br>    Garnishee. | ) ) | |

## GARNISHEE'S ANSWER

Now, on this day comes **LANGFORD TREE SERVICE, LLC**, Garnishee in the above styled action, and for answer to the writ of Garnishment served upon **LANGFORD TREE SERVICE, LLC** on the 8 day of September, 2014, upon oath, say that:

1. **LANGFORD TREE SERVICE, LLC** IS /~~IS NOT~~ indebted to Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and/or J.S. Lawrence Green, at the time of service of the writ of Garnishment in the above stated cause, or at the time of making answer hereto; and that

2. **LANGFORD TREE SERVICE, LLC** WILL / ~~WILL NOT~~ indebted to Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and/or J.S. Lawrence Green, at the time of service of the writ of Garnishment in the above stated cause, or at the time of making answer hereto; and that

3. **LANGFORD TREE SERVICE, LLC** HAS/(HAS NOT) in its possession, or under control, personal or real property, or things in action belonging to Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and/or J.S. Lawrence Green.

4. Other (Explain) I purchased equipment from IED and was not able to finish paying balance which resulted in repossesion. I do NOT owE IED or SE Property Holdings $.

And Garnishees having fully answered, prays to be discharged WITH/WITH OUT reasonable costs in this behalf expended.

_____
Garnishee or Agent (Signature)

Curt E Langford
Print name of signatory

(256) 747-0091
Telephone number of signatory

SWORN TO AND SUBSCRIBED BEFORE me this 8th day of Sept, 2014.

Rhonda Willis
NOTARY PUBLIC

My Commission Expires: 4/16/17

**RETURN THIS ANSWER TO:**

Charles R. Diard, Jr., Clerk
United States District Court
113 St. Joseph Street
Mobile, AL 36602