# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    MISC ACTION 14-8-KD-M |
| | ) |
| UNIFIED RECOVERY GROUP, LLC, et. al.,<br>    Defendants. | )<br>) |

## MOTION FOR WRIT OF EXECUTION ON REAL PROPERTY

COMES NOW SE Property Holdings, LLC (hereinafter "SEPH"), and, pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, respectfully moves of this Court to direct the Clerk of this Court to issue a Writ of Execution, and in support thereof states the following:

1. On or about September 27, 2013, a judgment was rendered by the United States District Court for the Middle District of Louisiana in favor of SEPH and against Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green in said cause, which judgment was enrolled in this District on March 27, 2014 (Doc.1), for the principal judgment sum of $23,626,922.31, plus interest as of November 5, 2012, in the amount of $2,784,717.10; with post-judgment interest at a rate of 8% per annum on $16,666.85 of the judgment, a per diem of $3.65; and with post-judgment interest at a rate of 18% per annum on $23,610,255.46 of the judgment ($23,626,922.31-$16,666.85), a per diem of $11,643.41.

As of September 9, 2014, there is additional accrued interest in the amount of $7,836,014.93 (673 days x $11,643.41) and $2,456.45 (673 days x $3.65), for a total of accrued interest in the amount of $10,623,188.48 ($2,784,717.10+$7,836,014.93 +$2,456.45). As of September 9, 2014, the total balance outstanding on the judgment is $34,250,110.79 ($23,626,922.31+$10,623,188.48).

2. The judgment has not been satisfied.

3. SEPH shows unto the Court that, based on its information, Green and Sons II, LLC, has an interest in real property which is described as:

> Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to an iron pin at the point of beginning; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 250.00 feet to an iron pin; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to an iron pin; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 250.00 feet to an iron pin; thence run North 00 degrees, 19 minutes, 07 seconds West for a distance of 522.72 feet to the point of beginning, subject to a 25 foot drainage easement along the West side and subject to and together with a 60 foot ingress-egress easement described as follows: Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 220.00 feet to the point of beginning; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 60.00 feet to a point; thence run North 00 degrees, 19 minutes, 07 seconds West a distance of 522.72 feet to a point; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 60.00 feet to the point of beginning.

4. SEPH is seeking to obtain a Writ of Execution from this Court to execute on the above referenced Judgment and to have the real property described in Paragraph 3 above seized and held for sale, and the proceeds from sale, after payment of costs and expenses of sale, be paid to SEPH on the aforesaid judgment.

5. SEPH is further seeking to have this Court enter an Order appointing the United States Marshal for the United States District Court for the Southern District of Alabama to execute the Writ of Execution and seize the real property of Green and Sons II, LLC, described herein.

6. These proceedings are governed by F.R.C.P. 69(a)(1), which in turn incorporates state law as set forth in Rule 69 of the Alabama Rules of Civil Procedure and *Ala. Code* §§ 6-9-1 *et. seq.* dealing with writs of execution.

7. Pursuant to these proceedings, the Clerk shall prepare and issue the Writ of Execution to the U.S. Marshal for the Southern District of Alabama.

8. Pursuant to *Ala. Code* §6-9-87, upon seizure, the U.S. Marshal shall give notice of the sale by advertisement at the courthouse door and also by publication in the Mobile Press Register once, but not less than 10 days prior to the sale.

9. A proposed Order, together with a proposed Writ of Execution and Notice of Sale, for the issuance of the same and appointing the United States Marshal of the Southern District of Alabama, to execute the same are submitted with this motion.

WHEREFORE, the premises considered, SE Property prays that upon consideration of the Motion the Court will enter an Order directing the Clerk of the Court to issue a Writ of Execution to the US Marshall for the above requested relief, these premises considered.

Respectfully submitted this 11th day of September, 2014.

/s/ *Gilbert L. Fontenot*
GILBERT L. FONTENOT (FON003)
Attorney for SE Property Holdings, LLC

OF COUNSEL:
MAPLES & FONTENOT, LLP
Mobile, AL 36633
(251) 445-2083
(251) 432-3629 (Fax)
gus@maplesfontenot.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, Attorney, hereby certify that I have served a copy of the foregoing pleading upon counsel to all parties listed below by electronic noticing or first class mail on 11th day of September, 2014.

      /s/ *Gilbert L. Fontenot*
      GILBERT L. FONTENOT