## NOTICE OF U.S. MARSHAL'S SALE

STATE OF ALABAMA )
COUNTY OF MOBILE )

SE PROPERTY HOLDINGS, LLC, v. UNIFIED RECOVERY GROUP, LLC, ET. AL., United States District Court for the Southern District of Alabama, Civil Action No. 14-8-KD-M.

Under and by virtue of a Writ of Execution issued to SE Property Holdings, LLC, out of the United States District Court for the Southern District of Alabama in the above-styled case, I will proceed to sell to the highest and best bidder, for cash, on the _____ day of _____, 2014, at the hour of 12:00 noon, at the main entrance of the courthouse of Baldwin County in Bay Minette, Alabama, all of the right, title and interest of Green and Sons II, LLC, in and to the following described personal property, to-wit:

Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to an iron pin at the point of beginning; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 250.00 feet to an iron pin; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to an iron pin; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 250.00 feet to an iron pin; thence run North 00 degrees, 19 minutes, 07 seconds West for a distance of 522.72 feet to the point of beginning, subject to a 25 foot drainage easement along the West side and subject to and together with a 60 foot ingress-egress easement described as follows:  Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 220.00 feet to the point of beginning; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 60.00 feet to a point; thence run North 00 degrees, 19 minutes, 07 seconds West a distance of 522.72 feet to a point; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 60.00 feet to the point of beginning.

SOLD SUBJECT TO ALL EXISTING LIENS, ENCUMBRANCES, AND OTHER MATTERS APPEARING OF RECORD.

_____
UNITED STATES MARSHAL