FILED SEP 15 '14 PM 2:07 USDCALS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SE PROPERTY HOLDINGS, LLC,
    Plaintiff,

v.

UNIFIED RECOVERY GROUP, LLC et al,
    Defendants,

and

AMERICAN GENERAL LIFE INSURANCE CO.,
    Garnishee.

MISC. ACTION 14-8-KD-M

## GARNISHEE AMERICAN GENERAL LIFE INSURANCE COMPANY'S ANSWER TO WRIT OF GARNISHMENT

Having received notice of a Writ of Garnishment on September 2, 2014, Garnishee hereby files this Answer in accordance with 28 U.S.C. § 3205. This Answer is being prepared by:

    Name:    Kortney S. Farmer
    Title:    Counsel
    Address:    2919 Allen Parkway, L3-20, Houston, Texas 77019
    Phone:    (713) 831-5166

1. **DESCRIPTION OF GARNISHEE**:    Garnishee files this Answer as:

    ☐    A Corporation

        Name of Corporation:    American General Life Insurance Company
        Affiant's Official Title:    Counsel
        Address:    2919 Allen Parkway, L3-20, Houston, Texas 77019
        Phone Number:    (713) 831-5166
        State of Incorporation:    Texas
        Principal Place of Business:    Houston

2. **PRIOR GARNISHMENTS**:

    For each previous garnishment involving the Defendant which is still in effect, please provide the following information: None

3. **DESCRIPTION OF PROPERTY IN WHICH THE DEFENDANT HAS AN INTEREST**:

Garnishee states as follows:

☐ Garnishee has possession, custody or control of the following property in which Defendant has an interest:

| Name | Company | Policy/Account Number | Address | Current Value / Termination Date |
|---|---|---|---|---|
| Jeff S. Green | American General Life Insurance Company ("AGL") | MN033189 (annuity with Western National Life Insurance Co., n.k.a. AGL) | P.O. Box 156, Summerdale, AL 36580-0156 | $10,000.49 |
| Jeff S. Green (insured) IED, Inc. (owner) | AGL | UM0050910L (universal life insurance policy) | Jeff S. Green 48095 Highway 16 Franklinton, LA 70438<br><br>IED, Inc. P.O. Box 1886 Foley, AL 36536 | Face value = $125,000. Accumulation value = $4,275.86 |
| Cecile G. Green (insured) Jeff S. Green (owner) | AGL | MM0288849 (life insurance policy) | Jeff S. Green 9175 Deauville Rd. Elberta, AL 36530-5056 | Surrendered or lapsed with no value on 11/4/13. |
| J.S. Lawrence Green; Memory Carnes Green; International Equipment Distributors, Inc.; Unified Recovery Group, LLC; Green & Sons II, LLC; Catahoula Trading Co., LLC | | For all of these listed to the left, we searched our records, but found no account with American General. | | |

4. **CERTIFICATE OF SERVICE**

Garnishee certifies that it has served a copy of this Answer on:

☐ Charles R. Diard, Jr., Clerk
United States District Court
113 St. Joseph Street
Mobile, AL 36602


Date of Service:    September 12, 2014
Via UPS

☐    Maples & Fontenot, LLP (counsel for plaintiff)
     ATTN: Gilbert "Gus" Fontenot
     P.O. Box 1281
     Mobile, AL 36633

        Date of Service:    September 12, 2014
        Via Certified Mail, Return Receipt Requested and e-mail

and

☐    Jeff S. Green
     48095 HIGHWAY 16
     FRANKLINTON, LA 70438

        Date of Service:    September 12, 2014
        Via Certified Mail, Return Receipt Requested and regular mail

and

☐    Jeff S. Green
     P.O. Box 156
     Summerdale, AL 36580-0156

        Date of Service:    September 12, 2014
        Via Certified Mail, Return Receipt Requested and regular mail

and

☐    Jeff S. Green
     9175 Deauville Rd.
     Elberta, AL 36530-5056

        Date of Service:    September 12, 2014
        Via Certified Mail, Return Receipt Requested and regular mail

and

☐    IED, Inc.
     P.O. Box 1886
     Foley, AL 36536

        Date of Service:    September 12, 2014
        Via Certified Mail, Return Receipt Requested and regular mail

## OATH

Garnishee declares under penalty of perjury that the foregoing is true and correct.

_____
Kortney S. Farmer, Attorney
TSB No. 24032044

Subscribed and sworn before me this 12th day of September, 2014.

DENISE Y MARTINEZ
Notary Public, State of Texas
My Commission Expires 10-27-2014

_____
Notary Public

*UNDER SEAL, PER ENDORSED ORDER 7/3/14 (Doc. 4)*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )     MISC. ACTION 14-8-KD-M |
| UNIFIED RECOVERY GROUP, LLC, et. al., <br>     Defendants, | ) <br> ) <br> ) |
| v. | ) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) <br> ) <br> ) |
|     Garnishee. | ) |

## WRIT OF GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF ALABAMA, OR TO ANY OTHER AUTHORIZED OFFICER, GREETINGS:

    On or about September 27, 2013, a judgment was rendered by the United States District Court for the Middle District of Louisiana in favor of Plaintiff and against Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green, in said cause, which judgment was enrolled in this District on March 27, 2014 (Doc.1), for the principal judgment sum of $23,626,922.31, plus interest as of November 5, 2012, in the amount of $2,784,717.10; with post-judgment interest at a rate of 8% per annum on $16,666.85 of the judgment, a per diem of $3.65; and with post-judgment interest at a rate of 18% per annum on $23,610,255.46 of the judgment ($23,626,922.31-$16,666.85), a per diem of $11,643.41. As of August 22, 2014, there is additional accrued interest in the amount of $7,626,433.55 (655 days x $11,643.41) and $2,390.75 (655

Exhibit A

days x $3.65), for a total of accrued interest in the amount of $10,413,541.40 ($2,784,717.10+$7,626,433.55+$2,390.75). As of August 22, 2014, the total balance outstanding on the judgment is $34,040,463.71.

The judgment has never been assigned to anyone by Plaintiff, and you are hereby commanded forthwith to summon **AMERICAN GENERAL LIFE INSURANCE COMPANY**, c/o reg. agent CSC Lawyers Incorporating SVC Inc., 150 S. Perry St., Montgomery, AL 36104 (the "Garnishee") as Garnishee in the above-styled cause to appear within thirty (30) days from the date of service of this process, before the United States District Court for the Southern District of Alabama, at Mobile, Alabama, and file a written answer, upon oath:

(1) as to whether Garnishee is or was indebted to Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green at the time you received this process, or when you make your answer, or during the intervening time, and in what sum or sums; or

(2) whether Garnishee will be indebted to Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green in the future by existing contract; or

(3) whether by existing contract you are liable to Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green for the delivery of Personal property or for the payment of money which may be discharged by the delivery of Personal property or which may be payable in personal property; or

(4) whether you have or not in your possession or under your control real or personal property or things in action belonging to Defendants Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green.

Mailing the notarized Answer to the Clerk of the Court constitutes making a proper appearance in the court.

The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of the above Writ of Garnishment on the above-named Garnishee, and make return of this Writ and the execution thereof, according to law.

**CONTACT THE ATTORNEY FOR THE PLAINTIFF FOR THE SOCIAL SECURITY NUMBER OR BUSINESS FEDERAL IDENTIFICATION NUMBERS OF THE DEFENDANTS: GILBERT FONTENOT, (251) 445-2083.**

Dated this 27th day of August, 2014.

CHARLES R. DIARD, JR.,
CLERK

By: *Cathi Jennings*
Deputy Clerk