FILED OCT 6 '14 PM 1:23 USDCALS

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, * | |
| * | |
| PLAINTIFF, * | |
| * | |
| VS. * | CASE NO. |
| * | |
| UNIFIED RECOVERY GROUP, LLC, * | MISC. ACTION 14-8-KD-M |
| IED, LLC, INTERNATIONAL * | |
| EQUIPMENT DISTRIBUTORS, INC., * | |
| GREEN AND SONS II, LLC, * | |
| CATAHOULA TRADING COMPANY, * | |
| LLC, MEMORY C. GREEN, * | |
| CECILE G. GREEN, JEFF S. GREEN * | |
| and J.S. LAWRENCE GREEN, * | |
| * | |
| DEFENDANTS, * | |
| * | |
| SYNOVUS BANK, * | |
| * | |
| GARNISHEE * | |

## GARNISHEE ANSWER

AFTER READING THE INSTRUCTION SHEET AND THE PROCESS OF GARNISHMENT, CHECK THE APPROPRIATE BELOW AND SIGN. KEEP A COPY FOR YOUR FILES AND MAIL ORIGINAL TO ADDRESS BELOW.

___ Obligor is employed and Garnishee will withhold from the salary, wages, or compensation, as required, and pay into court.

___ Garnishee has in his possession or control property or money belonging to the obligor, but earnings are not sufficient to be subject to garnishment.

___ Garnishee has in his possession or control property or money belonging to the obligor, which is not wages, salary or compensation, namely: _____ and is holding same subject to orders of court.

_X_ Obligor is not employed – garnishee not indebted to the obligor when process was received, or when making this answer, or during intervening time, and have not in my possession or control any belongings of the obligor; and/or;

___ Other (explain):

This the \_\_1\_\_ day of October, 2014.

                                PAGE, SCRANTOM, SPROUSE,
                                TUCKER & FORD, P.C.

                                By: _____
                                    Travis C. Hargrove
                                    Alabama State Bar No. HAR283
                                    Counsel for Garnishee
                                    Synovus Bank

Sworn to and subscribed before me
this the \_\_1\_\_ day of October, 2014.

_____
Notary / Clerk / Register   (Signature)



## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Garnishee in the above-styled action and that I have this day served a copy of the above and foregoing **GARNISHEE ANSWER** by mailing a copy of same addressed as follows:

> Gilbert L. Fontenot
> PO Box 1281
> Mobile, AL 36633
>
> All Defendants
> c/o Gilbert L. Fontenot
> PO Box 1281
> Mobile, AL 36633
> *(no addresses were listed for Defendants in Garnishment)*

This the \_\_\_\_\_ day of October, 2014.

_____
Of Counsel for Garnishee