State of Alabama, Baldwin County
Judge of Probate in and for said state and county, hereby certify that
the within is a true and correct copy of _____
_Warranty Deed_
_____
as it appears on record in my office.
Given under my hand this 25th day of May 20 14
_____ Russell _____ Probate Judge

**Send Tax Bills to:**
Green & Sons II, LLC
P O Box 1886
Foley, AL 36536

**This instrument prepared by**
**And after recording to be returned to:**
Jessica Garrison, Esq.
Phelps, Jenkins, Gibson & Fowler, L.L.P.
1201 Greensboro Avenue
Tuscaloosa, Alabama 35401
(205) 345-5100

Source of Title: Baldwin County Instrument No. 692505
Property Address (109): 21856 McDuffie Road, Foley AL
PPIN 208681 and Tax Map #05-54-08-34-0-000-002.031

# STATUTORY WARRANTY DEED

STATE OF ALABAMA       )
                       :
BALDWIN COUNTY         )

THIS INDENTURE IS MADE THIS 18TH DAY OF AUGUST, 2005. KNOW ALL MEN BY THESE PRESENTS, that for and in consideration of the sum of Ten and No/100 ($10.00) Dollars and other good and valuable consideration, to the undersigned Grantor in hand paid by the Grantee herein, the receipt and sufficiency of which is hereby acknowledged, Reynolds Ready Mix, L.L.C., an Alabama limited liability company, whose address is 1300 McFarland Blvd NE, Suite 300, Tuscaloosa AL 35406, herein referred to as Grantor, does grant, bargain, sell and convey unto Green & Sons II, LLC, an Alabama limited liability company, whose address is Green & Sons II, LLC P O Box 1886 Foley, AL 36536, herein referred to as Grantee, the following described real estate, situated in Baldwin County, Alabama, to-wit:

See Exhibit "A" attached hereto and incorporated herein by reference.

Subject to the taxes and assessments for the current year and later years and all valid rights-of-way, easements, covenants, conditions, and restrictions of record, if any, and also subject to any claim, right, title or interest arising from any recorded instrument reserving, conveying, leasing, or otherwise alienating any interest in the oil, gas, or other minerals. Also subject to all zoning laws, regulations, and ordinances of municipal and/or other governmental authorities, if any, relating to the above-described property.

TO HAVE AND TO HOLD, unto the said Grantee, its successors, heirs and assigns forever, together with all and tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining.

Grantor covenants and agrees with Grantee, that it has a good right to convey the above real property in fee simple, that the premises are free from all encumbrances created by grantor, except those listed above, and that it will defend the title conveyed hereby against the lawful claims of all persons claiming by, through, or under Grantor but no other.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

EXHIBIT A

IN WITNESS WHEREOF, the undersigned has executed this instrument on this the 18th day of August, 2005.

          REYNOLDS READY MIX, L.L.C.

          By:    READY MIX USA, LLC
          Its:    MANAGER

          By:    READY MIX USA, INC.
          Its:    MANAGER

          By:    Marc Bryant Tyson
          Its:    President

STATE OF ALABAMA    )
                                :
JEFFERSON COUNTY    )

     I, the undersigned authority, a Notary Public in and for the State of Alabama at Large, do hereby certify that Marc Bryant Tyson whose name as President of Ready Mix USA, Inc. as Manager of Ready Mix USA, LLC as Manager of Reynolds Ready Mix, L.L.C., is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the said conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

     GIVEN under my hand and official seal of office on this the 18th day of August, 2005.

My Commission Expires 9-12-05

                                                  Lori Woodard
                                                  Notary Public

F:\users\lwoodard\ready Mix\mcDuffie Road (Sale)\Deed.doc

EXHIBIT "A"

Commence at an iron pin on or near the Northeast corner of the Southwest ¼ of the Southwest ¼ of Section 34, Township 7 South Range 4 East, Baldwin County, Alabama; thence run North 89 degrees 42 minutes 35 seconds East for a distance of 1660.03 feet to a point, thence run South 00 degrees 19 minutes 07 seconds East for a distance of 30 feet to an iron pin at the point of beginning thence run North 89 degrees 46 minutes 26 seconds East for a distance of 250.00 feet to an iron pin, thence run South 00 degrees 19 minutes 07 seconds East for a distance of 522.72 feet to an iron pin, thence run South 89 degrees 46 minutes 26 seconds West for a distance of 250.00 feet to an iron pin, thence run North 00 degrees 19 minutes 07 seconds West for a distance of 522.72 feet to the point of beginning, subject to a 25 foot drainage easement along the West side and subject to and together with a 60 foot ingress-egress easement described as follows: Commence at an iron pin on or near the Northeast corner of the Southwest ¼ of the Southwest ¼ of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama, thence run North 89 degrees 42 minutes 35 seconds east for a distance of 1660.03 feet to a point, thence run South 00 degrees 19 minutes 07 seconds East for a distance of 30 feet to a point, thence run North 89 degrees 46 minutes 26 seconds East for a distance of 220.00 feet to the point of beginning, thence run South 00 degrees 19 minutes 07 seconds east for a distance of 522.72 feet to a point, thence run North 89 degrees 46 minutes 26 seconds east for a distance of 60.00 feet to a point, thence run North 00 degrees 19 minutes 07 seconds West for a distance of 522.72 feet to a point, thence run South 89 degrees 46 minutes 26 seconds West for a distance of 60.00 feet to the point of beginning.