**SURETY LAND TITLE, INC.**
**5909 Airport Blvd.**
**Mobile, Alabama 36608**
**Phone: 343-4200   Fax: 343-1229**

July 3, 2014

Maples & Fontenot
P. O. Box 1281
Mobile, Alabama 36633

Attention: Gilbert L. Fontenot          RE: SLT-165082

Dear Sir:

At your request, we have searched the Probate Records of Baldwin County, Alabama, from the period of August 18, 2005 to June 21, 2014 at 8:00 a.m. and find the following that would affect title to the property more particularly described as follows:

> Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to an iron pin at the point of beginning; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 250.00 feet to an iron pin; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to an iron pin; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 250.00 feet to an iron pin; thence run North 00 degrees, 19 minutes, 07 seconds West for a distance of 522.72 feet to the point of beginning, subject to a 25 foot drainage easement along the West side and subject to and together with a 60 foot ingress-egress easement described as follows: Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 220.00 feet to the point of beginning; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 60.00 feet to a point; thence run North 00 degrees, 19 minutes, 07 seconds West a distance of 522.72 feet to a point; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 60.00 feet to the point of beginning.



EXHIBIT B

Page 2
SLT-165082

Based on this examination, we report the following:

1. Statutory Warranty Deed by Reynolds Ready Mix, L.L.C., an Alabama limited liability company to Green & Sons II, LLC, an Alabama limited liability company dated August 18, 2005 and recorded in Instrument No. 916667.

2. Judgment obtained by SE Property Holdings, LLC against Green and Sons II, LLC, et al rendered April 1, 2014 in the amount of $23,626,922.31 and recorded in Instrument No. 1450914.

3. Redemption of 2013 tax sale to John C. Jay, Jr., et al under Ppin No. 208681.

2013 tax sale marked not redeemed and being assessed to Green & Sons II, LLC under Ppin No. 208681 Parcel No. 05-54-08-34-0-000-002.031 with an assessed value of $6,280.00 and without claim of homestead.

There are no judgments, liens or lis pendens of record that would constitute a lien upon subject lands, other than shown above.

The Company's liability for this report is limited to $250.00. No liability is assumed for items not indexed or mis-indexed or for matters not of record, or for matters which would be disclosed by an accurate survey or inspection of this premises. This report and the legal description given herein are based upon information supplied by the applicant as to the location and identification of the premises in question, and no liability is assumed for any discrepancies resulting therefrom. This report is offered to you as a courtesy and does not represent either a Commitment to insure title or an opinion as to the marketability of title to the subject premises.

Very truly yours,

SURETY LAND TITLE, INC.

V. Gail Walker

vgw/mdb



# Property Link
## BALDWIN COUNTY, AL

**Tax Year 2014**

Current Date 12/1/2014

Valuation Date October 1, 2013

Records Last Updated 11/28/2014

### PROPERTY DETAIL

| | | |
|---|---|---|
| OWNER | GREEN & SONS II L L C | ACRES: 3.00 |
| | P O BOX 1886 | |
| | FOLEY, AL 36535 | APPRAISED VALUE: 31200 |
| | | ASSESSED: 6240 |
| PARCEL | 54-08-34-0-000-002.031 | |
| ADDRESS | **NA** | |

### TAX INFORMATION

| YEAR 2014 | TAX DUE | PAID | BALANCE | |
|---|---|---|---|---|
| | 174.72 | 0.00 | 174.72 | Pay Tax |

LAST PAYMENT DATE **NA**

### MISCELLANEOUS INFORMATION

| | | |
|---|---|---|
| EXEMPT CODES | DESCRIPTION | 250' X 522.72' COM AT THE NE C OR OF THE SW1/4 OF SW1/4 SEC 34 RUN E 1660.03', TH S 30' FOR THE POB, TH E 250', TH S 522.72', TH W 250', TH N 522.72' TO THE POB CONTAINING 3 ACRES S |
| TAX DISTRICT | 02 | |
| PPIN | 208681 Entry 00 | |
| ESCAPE YEAR | | |
| ACCOUNT NUMBER | 171076 | |

### TAX HISTORY

| Year | Owner | Total Tax | Paid(Y/N) | | Appraised | Assessed |
|---|---|---|---|---|---|---|
| 2013 | GREEN & SONS II L L C | 175.84 | Y | 11/26/2013 | 31400 | 6280 |
| 2012 | GREEN & SONS II L L C | 182.81 | N | | 20100 | 4020 |
| 2011 | GREEN & SONS II L L C | 120.96 | Y | 1/12/2012 | 21600 | 4320 |
| 2010 | GREEN & SONS II L L C | 178.08 | Y | 11/15/2010 | 31800 | 6360 |
| 2009 | GREEN & SONS II L L C | 178.08 | Y | 12/31/2009 | 31800 | 6360 |
| 2008 | GREEN & SONS II L L C | 254.63 | N | 5/12/2009 | 32100 | 6420 |
| 2006 | GREEN & SONS II L L C | 347.76 | Y | 1/3/2007 | 62100 | 12420 |
| 2005 | REYNOLDS READY MIX L L C | 347.20 | Y | 12/12/2005 | 62000 | 12400 |

### TAX SALES

PURCHASE COUNTY TAX SALE FILES

| Year | Sold To | Redeemed Date/By |
|---|---|---|
| 2012 | JOHN C JAY JR OR SHARON V | 5/5/2014 GREEN & SONS II L L C ← |
| 2008 | STATE OF ALABAMA | 7/9/2009 GREEN & SONS II L L C |

View Appraisal Record

Back

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help