# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | MISC ACTION 14-8-KD-M |
| ) | |
| UNIFIED RECOVERY GROUP, LLC, et. al., ) | |
|     Defendants. ) | |

## NOTICE TO DEFENDANT OF ISSUANCE OF WRIT OF EXECUTION

**TO:**    Green & Sons II, LLC
            c/o reg. agent David M.C. Green
            21602 Doc McDuffie Road
            Foley, AL 36535

      You will please take notice that a writ of execution was issued in the above-entitled cause against Green & Sons II, LLC, on the_____ day of _____2014, returnable to the United States District Court for the Southern District of Alabama, for real property of Green & Sons II, LLC, located in Baldwin County, Alabama, generally described as follows:

> Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to an iron pin at the point of beginning; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 250.00 feet to an iron pin; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to an iron pin; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 250.00 feet to an iron pin; thence run North 00 degrees, 19 minutes, 07 seconds West for a distance of 522.72 feet to the point of beginning, subject to a 25 foot drainage easement along the West side and subject to and together with a 60 foot ingress-egress easement described as follows: Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 220.00 feet to the point of beginning; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72

feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 60.00 feet to a point; thence run North 00 degrees, 19 minutes, 07 seconds West a distance of 522.72 feet to a point; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 60.00 feet to the point of beginning.

        Dated this\_\_\_\_\_ day of_____ , 2014.


CHARLES R. DIARD, JR., CLERK


By:_____
    Deputy Clerk