# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | MISC ACTION 14-8-KD-M |
| ) | |
| UNIFIED RECOVERY GROUP, LLC, et. al., ) | |
|     Defendants. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF ALABAMA:

You are hereby ordered to seize the real property of the Defendant Green and Sons II, LLC, described hereinafter, that will satisfy, in whole or in part, the Judgment entered on September 27, 2013, rendered by the United States District Court for the Middle District of Louisiana in favor of SE Property Holdings, LLC, and against Unified Recovery Group, LLC, IED, LLC, International Equipment Distributors, Inc., Green and Sons II, LLC, Catahoula Trading Company, LLC, Memory C. Green, Cecile G. Green, Jeff S. Green and J.S. Lawrence Green in said cause, for the principal judgment sum of $23,626,922.31, and such interest as has accrued thereon, which accrued interest was in the amount of $10,623,188.48 as of September 9, 2014, which judgment was enrolled in this District on March 27, 2014. The real property subject to this Writ of Execution, located in the County of Baldwin and State of Alabama, is described as follows:

> Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to an iron pin at the point of beginning; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 250.00 feet to an iron pin; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to an iron pin; thence run

South 89 degrees, 46 minutes, 26 seconds West for a distance of 250.00 feet to an iron pin; thence run North 00 degrees, 19 minutes, 07 seconds West for a distance of 522.72 feet to the point of beginning, subject to a 25 foot drainage easement along the West side and subject to and together with a 60 foot ingress-egress easement described as follows:  Commence at an iron pin on or near the Northeast corner of the Southwest Quarter of the Southwest Quarter of Section 34, Township 7 South, Range 4 East, Baldwin County, Alabama; thence run North 89 degrees, 42 minutes, 35 seconds East for a distance of 1660.03 feet to a point; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 30 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 220.00 feet to the point of beginning; thence run South 00 degrees, 19 minutes, 07 seconds East for a distance of 522.72 feet to a point; thence run North 89 degrees, 46 minutes, 26 seconds East for a distance of 60.00 feet to a point; thence run North 00 degrees, 19 minutes, 07 seconds West a distance of 522.72 feet to a point; thence run South 89 degrees, 46 minutes, 26 seconds West for a distance of 60.00 feet to the point of beginning.

You are further commanded that you seize and sell said real property from which there can be paid the sum of $34,250,110.79, plus additional interest which has accrued, and also further the costs, fees and expenses of this action; and make return of this writ and execution thereof according to the law.

You are to make return of this Execution and explain below how you performed the specified action.

Date Issued:  ___December 8, 2014_____        ___CHARLES R. DIARD, JR._____
                                                CLERK OF THE UNITED STATES
                                                DISTRICT COURT, SOUTHERN
                                                DISTRICT OF ALABAMA,
                                                SOUTHERN DIVISION

Dates of Publication:  December 17, 24, 31, 2014



Case 1:14-mc-00008-KD-MU   Document 143   Filed 12/09/14   Page 3 of 3    PageID #: 1707

EXECUTION DATE: _____

Date of Notice of Sale to Defendant Green & Sons II, LLC: _____

Date of Posting of Notice of Sale at the Courthouse Door, Baldwin County, Alabama:_____

REMARKS: _____

_____

_____

_____
U. S. MARSHAL