IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| vs. | : | Misc. No. 14-0008-KD-MU |
| UNIFIED RECOVERY GROUP, LLC, et al., | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

(1) SEPH's motion for contempt is **GRANTED**;

(2) Green & Sons, LLC are held in civil contempt of court;

(3) Green & Sons, LLC is **ORDERED** to pay into the registry of this Court a coercive fine of $1,000.00 per day for sixty (60) days following today's date, or until Green & Sons, LLC has produced the documents requested in SEPH's subpoena duces tecum;

(4) SEPH is **ORDERED** to immediately notify the Court if Green & Sons, LLC produce the documents; and

(5) Green & Sons, LLC shall pay SEPH's attorney's fees and costs incurred after November 17, 2017, in the total amount of $2,891.98.

**DONE** this the 26th day of February 2018.

                                                  s / Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                CHIEF UNITED STATES DISTRICT JUDGE