IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 14-mc-0008-KD-MU |
| UNIFIED RECOVERY GROUP, LLC, et al., | : | |
| Defendants, | : | |
| GREENBACK RECYCLING, LLC, and LONGHORN TRADING, LLC, | : | |
| Garnishees. | : | |

## REPORT AND RECOMMENDATION

This miscellaneous action is before the undersigned for issuance of a report and recommendation on Plaintiff SE Property Holdings, LLC's Motion to Dismiss Garnishments and Related Garnishment Contests, filed on December 3, 2020 (Doc. 300). After review of the motion and the record, it is recommended that the motion be GRANTED.[1]

Plaintiff filed its contests to the garnishment answers of Greenback Recycling, LLC and Longhorn Trading, LLC on December 6, 2029 (Doc. 258) and July 8, 2020 (Doc. 289) respectively. These contests were consolidated and set for an evidentiary hearing on January 12, 2021 (Doc. 297). In advance of that hearing, Plaintiff has

---

[1] The referrals of these garnishment contests to the undersigned were made by Chief Judge DuBose on December 20, 2019 (Doc. 260) and July 20, 2020 (Doc. 290).

moved to "fully dismiss the garnishments filed against Garnishees Greenback Recycling, LLC and Longhorn Trading, LLC, and dismiss the related pending garnishment contest … ." (Doc. 300, PageID.2536).  No reason has been presented as to why this request should not be granted.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion to dismiss fully the garnishments filed against Garnishees Greenback Recycling, LLC (Doc. 245), and Longhorn Trading, LLC (Doc. 237) be granted with prejudice. [2]

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court.  *See* 28 U.S.C. § 636(b)(1); S.D. Ala. GenLR 72(c).  The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object.  In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."  11th Cir. R. 3-1.  In order to be specific, an objection must identify the specific finding or recommendation to which objection is

---

[2] The evidentiary hearing scheduled for January 12, 2021 is CANCELLED pending action by Chief Judge DuBose on this Report and Recommendation.

2

made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** and **ORDERED** this 6th day of January, 2021.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**