IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | : |
| Plaintiff, | : |
| vs. | :    Civil Action No. 14-mc-0008-KD-MU |
| UNIFIED RECOVERY GROUP, LLC, et al., | : |
| Defendants, | : |
| GREENBACK RECYCLING, LLC, and LONGHORN TRADING, LLC, | : |
| Garnishees. | : |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 6, 2021 (Doc. 301), **is ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's motion to dismiss fully the garnishments filed against Garnishees Greenback Recycling, LLC (Doc. 245) and Longhorn Trading, LLC (Doc. 237), and to dismiss the related pending garnishment contests (Doc. 300) is GRANTED, and the garnishments and contests are DISMISSED WITH PREJUDICE.

**DONE** this 22nd day of January 2021.

                                              s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**